ACCEPTED
05-14-01391-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/27/2015 10:01:58 AM
LISA MATZ
CLERK

## NO. 05-14-01391-CV

**IN THE COURT OF APPEALS
FOR THE FIFTH JUDICIAL DISTRICT
DALLAS, TEXAS**

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/27/2015 10:01:58 AM
LISA MATZ
~~Clerk~~

**MARSHA FONTANIVE**
*APPELLANT*

**V.**

**CDx HOLDINGS, INC.**
*APPELLEE.*

**FROM THE COUNTY COURT AT LAW NO. 1, DALLAS COUNTY, TEXAS,
CAUSE NO. CC-14-01736-A, D'METRIA BENSON, PRESIDING.**

**JOINT MOTION TO ABATE APPEAL**

TO THE HONORABLE COURT OF APPEALS:

Under Texas Rule of Appellate Procedure 10.1, CDx Holdings, Inc. ("Appellee") and Marsha Fontanive ("Appellant") file this joint motion to abate this appeal for 60 days, or until June 26, 2015, to facilitate ongoing attempts to settle their dispute.

1

1. Appellant's brief was filed on February 3, 2015. After two extensions, Appellee's brief is currently due on May 4, 2015.

2. The parties are near an agreement to resolve this matter and seek an abatement, including a stay of all pending briefing deadlines, in order to permit the parties to continue those discussions.

3. The parties are not seeking an abatement for purposes of undue delay, but rather are attempting to resolve their dispute in good faith in a manner that conserves resources for both the Court and the parties.

4. The Court has the authority to abate this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C). *See also Staub v. City of Round Rock*, 2014 WL 2198485 (Tex. App.—Austin May 23, 2014, no pet.) (mem. op., not designated for publication); *Carney v. Mason*, 2005 WL 3471476 (Tex. App.—Dallas Dec. 20, 2005, no pet.) (mem. op., not designated for publication). A 60 day abatement would last until June 26, 2015.

5. The parties anticipate filing a voluntary dismissal after the final settlement terms are reached and the documents have been executed.

## REQUEST FOR RELIEF

For these reasons, the parties respectfully request that the Court abate this appeal for 60 days, or until June 26, 2015, including all briefing deadlines that occur during this period, subject to the following: (a) on or before the 60th day

after the abatement, the parties will provide notice of whether they have reached a settlement agreement; (b) if the parties have reached a settlement agreement, Appellant will promptly file an appropriate motion to dispose of this appeal; (c) if the parties have not settled their disputes within the 60 day abatement period, Appellee requests that the Court set the due date for the Appellee's brief to be filed 30 days from the date the abatement is lifted.

Respectfully submitted,

| /s/ Jeremy D. Kernodle | /s/ Laura J. Baughman |
|---|---|
| Stacy L. Brainin | Laura J. Baughman |
| State Bar No. 02863075 | State Bar No. 00791846 |
| *Stacy.Brainin@haynesboone.com* | *lbaughman@baronbudd.com* |
| Jeremy D. Kernodle | Denyse F. Clancy |
| State Bar No. 24032618 | State Bar No. 24012425 |
| *Jeremy.Kernodle@haynesboone.com* | *dclancy@baronbudd.com* |
| Christopher Rogers | John Langdoc |
| State Bar No. 24051264 | State Bar No. 24044583 |
| *Chris.Rogers@haynesboone.com* | *jlangdoc@baronbudd.com* |
| Nicole Somerville | **BARON & BUDD, P.C.** |
| State Bar No. 24068637 | 3102 Oak Lawn Avenue, Suite 1100 |
| *Nicole.Somerville@haynesboone.com* | Dallas, Texas 75219 |
| **Haynes and Boone, LLP** | Telephone: (214) 521-3605 |
| 2323 Victory Avenue, Suite 700 | |
| Dallas, Texas 75219 | |
| Telephone: (214) 651-5000 | |
| Facsimile: (214) 651-5940 | |
| | |
| ***Attorneys for Appellee CDx Holdings, Inc.*** | ***Attorneys for Appellant Marsha Fontanive*** |

4

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 27, 2015, I conferred with counsel for Appellant. Counsel for Appellant does not oppose the relief sought by this motion.

*/s/ Nicole Somerville*
Nicole Somerville

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served in accordance with the Texas Rules of Appellate Procedure on April 27, 2015.

Laura J. Baughman
Denyse F. Clancy
John Langdoc
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
lbaughman@baronbudd.com
dclancy@baronbudd.com
jlangdoc@baronbudd.com

*/s/ Jeremy D. Kernodle*
Jeremy D. Kernodle

15129997_1